UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.B.,<br><br>        Plaintiff,<br><br>   v.<br><br>ROBLOX CORPORATION,<br><br>        Defendant. | Case No. 21-cv-05683-WHO<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 20 |

    Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **without** prejudice. The Clerk shall close the case.

Dated: October 6, 2021

_____
WILLIAM H. ORRICK
United States District Judge